91 P.3d 1104

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 7, 2004**

| 24817 | State v. Amina | Affirmed |

**June 10, 2004**

| 24892 | Hawaii Environmental Holdings v. Souza | Affirmed |

**June 15, 2004**

| 25331 | Gossett v. Metzler | Affirmed |

**June 21, 2004**

| 25822 | City and County of Honolulu v. Attractions Hawaii | Affirmed |

**June 25, 2004**

| 25083 | Abordo v. State | Affirmed |
| 25586 | State v. Maneafaiga | Affirmed |